UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANNON D. RITTER,<br><br>   Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant. | No. SA CV 17-01631-RAO<br><br>**~~PROPOSED~~ ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SIX THOUSAND EIGHT HUNDRED DOLLARS AND ZERO CENTS ($ 6,800.00), as authorized by 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS AND ZERO CENTS ($ 400.00). If the government determines the Plaintiff does not owe a government debt that qualifies for an

1

offset, payment shall be made in the name of Barbara Arnold pursuant to the assignment executed by the Plaintiff.

Dated: September 24, 2018

*Rozella A. Oliver*

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE